U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 18 A 10: 17

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

CLERK

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| LUIS ALFREDO SUCHITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:26-cv-00146 |
| | ) | |
| DAVID WESLING, Acting Director of the | ) | |
| San Antonio Field Office, U.S. Immigration | ) | |
| and Customs Enforcement, TODD LYONS, | ) | |
| Acting Director, U.S. Immigration and | ) | |
| Customs Enforcement, MARK WAYNE | ) | |
| MULLIN, Secretary of the U.S. Department | ) | |
| of Homeland Security, GREG HALE, | ) | |
| Superintendent of the Northwest State | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Respondents. | ) | |

**ENTRY ORDER GRANTING IN PART AND DENYING IN PART
PETITION FOR WRIT OF HABEAS CORPUS**
(Doc. 1)

On April 27, 2026, Petitioner Luis Alfredo Suchite filed a petition for writ of

habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"), challenging the lawfulness

of his detention by U.S. Immigration and Customs Enforcement ("ICE") under the Fifth

Amendment Due Process Clause, the Administrative Procedure Act ("APA"), 8 U.S.C.

§ 1226(a), 8 C.F.R. §§ 236.1, 1236.1, and 1003.19, and the declaratory judgment of

*Guerrero Orellana v. Moniz*, 813 F.Supp.3d 185 (D. Mass. 2025), and seeking immediate

release from ICE custody. (Doc. 1.) Named as respondents are David Wesling, in his

official capacity as Acting Director of the San Antonio Field Office[1] of ICE; Todd Lyons,

---

[1] The Petition's caption identifies Mr. Wesling with the San Antonio Field Office, but the body of
the Petition identifies him with the Boston Field Office. According to ICE's website, Mr. Wesling
is the Acting Director of the Boston Field Office. *ICE Boston Arrests 5 Foreign Fugitives Wanted*

in his official capacity as Acting Director of ICE; Markwayne Mullin, in his official capacity as Secretary of the U.S. Department of Homeland Security ("DHS") (collectively, "Federal Respondents"); and Greg Hale, in his official capacity as Superintendent of the Northwest State Correctional Facility.

Petitioner is represented by Stephen A. Lagana, Esq., and Kristen J.E. Connors, Esq. Federal Respondents are represented by Assistant United States Attorneys Kaitlin E. Hazard and Matthew J. Greer. Greg Hale is represented by Assistant Attorney General for the State of Vermont Debbie H. Stevens, Esq.

Pursuant to the court's findings on the record in the June 11, 2026 hearing on the Petition, the Petition is GRANTED IN PART AND DENIED IN PART. (Doc. 1.) The court hereby ORDERS that Federal Respondents shall provide Petitioner with a bond hearing before an immigration court on or before June 29, 2026.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this _18th_ day of June, 2026.

Christina Reiss, Chief Judge
United States District Court

---

*for Murder in a Month*, U.S. IMMIGR. & CUSTOMS ENF'T (Apr. 16, 2026), https://www.ice.gov/news/releases/ice-boston-arrests-5-foreign-fugitives-wanted-murder-month.